**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GILBERT BOUCHARD,**

        **Plaintiff,**

**-vs-**                                                Case No. 6:09-cv-2-Orl-31GJK

**FLORIDA CITRUS WORLD, INC., and**
**HARLEY HEAD, III,**

        **Defendants.**
_____

## ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge (Doc. 21), to which no objection has been filed, it is

**ORDERED** that the Report and Recommendation is CONFIRMED and the Amended Motion to Approve Settlement Agreement (Doc. 16) is GRANTED. This action is DISMISSED, with prejudice, and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 4, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE